AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collins, Daniel P. | Bankruptcy Court Arizona | 05/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

230 N. 1st Avenue, Suite 603
Phoenix, Arizona 85003

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Arizona Law School Board of Visitors |
| 2. | Board of Directors | American Bankruptcy Institute |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | May, Potenza, Baran & Gillespie, P.C. - receivables payout | $13,040.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Mountain View Family Physicians, PLLC - K-1 income from medical practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 04/14/16 to 04/17/16 | Washington, DC | Speaker at 2016 Annual Spring Meeting | Transportation, meals and lodging |
| 2. | American Bankruptcy Institute | 09/08/16 to 09/10/16 | Las Vegas, NV | Speaker at 24th Annual Southwest Bankruptcy Conference | Transportation, meals, and lodging |
| 3. | National Conference of Bankruptcy Judges | 10/25/16 to 10/30/16 | San Francisco, CA | Speaker at 2016 Annual Conference | Transportion and lodging |
| 4. | American Bankruptcy Institute | 12/01/16 to 12/03/16 | Rancho Palos Verdes, CA | Speaker at 2016 Winter Leadership Conference | Transportation, meals and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of Southern California | College Tuition | K |
| 2. | Loyola Marymount University | College Tuition | K |
| 3. | University of Southern California | College Tuition | K |
| 4. | Brophy College Preparatory | High School Tuition | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mountain View Family Physicians, PLLC -- Medical Practice | | None | J | W | | | | | |
| 2. 401K #1 | | | | | | | | | |
| 3. -- Oppenheimer Funds-Cash Reserves | A | Int./Div. | K | T | | | | | |
| 4. -- Oppenheimer Funds - Value Fund | | None | | | Sold | 05/18/16 | K | | |
| 5. -- Oppenheimer Funds-Rising Dividends Fund | | None | K | T | Sold (part) | 05/18/16 | L | | |
| 6. --Oppenheimer Funds-Discovery Fund | C | Int./Div. | L | T | | | | | |
| 7. --Oppenheimer Funds-Small and MidCap Value Fund | | None | L | T | Sold (part) | 01/08/16 | K | | |
| 8. --Oppenheimer Funds-International Diversified Fund | A | Int./Div. | L | T | | | | | |
| 9. --Oppenheimer Funds-Global Strategic Income Fund | | None | | | Sold | 01/08/16 | K | | |
| 10. --Oppenheimer Funds-Real Estate Fund | B | Int./Div. | K | T | | | | | |
| 11. --Oppenheimer Funds-Capital Income Fund | F | Int./Div. | M | T | Buy (add'l) | 01/08/16 | K | | |
| 12. --Oppenheimer Funds-Equity Income Fund | | None | | | Sold | 01/08/16 | K | | |
| 13. --Oppenheimer Funds - Global Fund | | None | K | T | | | | | |
| 14. --Global Opportunities Fund | F | Int./Div. | L | T | Buy | 01/08/16 | K | | |
| 15. --Discovery Mid Cap Growth Fund | C | Int./Div. | K | T | Buy | 01/08/16 | K | | |
| 16. --Main Street Fund | D | Int./Div. | L | T | Buy | 05/18/16 | L | | |
| 17. --Main Street Small Cap Fund | D | Int./Div. | L | T | Buy | 05/18/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 401K #2 | | | | | | | | | |
| 19. --Schwab Investor Money Fund | | None | J | T | | | | | |
| 20. --Income and Growth ETF Fund 35 | | None | | | Sold | 02/19/15 | J | | |
| 21. --Manning & Napier Pro-Blend Cnsrv Term 5 | E | Int./Div. | N | T | | | | | |
| 22. --Vanguard Total Bond Market Index Inv | | None | J | T | | | | | |
| 23. Allianz--Bonus Dex Annuity | A | Int./Div. | K | T | | | | | |
| 24. Allianz--Accumulator Bonus Maxx Annuity | B | Int./Div. | K | T | | | | | |
| 25. IRA #1 | | | | | | | | | |
| 26. -- AllianceBernstein Discovery | C | Int./Div. | J | T | | | | | |
| 27. -- Eaton Vance Dividend Builder | B | Int./Div. | J | T | | | | | |
| 28. -- Fidelity Advisors New Insights C Fund | A | Int./Div. | J | T | | | | | |
| 29. -- Franklin Income FDS | B | Int./Div. | J | T | | | | | |
| 30. -- Ivy Asset Strategy Fund | | None | K | T | | | | | |
| 31. -- Templeton Global Bond Fund | A | Int./Div. | K | T | | | | | |
| 32. --Pershing Prime Reserves Money Market | | None | J | T | | | | | |
| 33. IRA #2 | | | | | | | | | |
| 34. -- Fidelity Advisors New Insights C Fund | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Templeton Select Shares Money Market Fund | | None | J | T | | | | | |
| 36. IRA #3 (SEP IRA) | | | | | | | | | |
| 37. -- Franklin Income Class C Fund | | None | | | Closed | 09/02/15 | L | | |
| 38. -- Jennison Natural Resources Fund | | None | | | Closed | 09/02/15 | K | | |
| 39. IRA #4 | | | | | | | | | |
| 40. -- Vanguard - WellingtonAdmiral Fund | D | Int./Div. | L | T | | | | | |
| 41. -- Vanguard - Windsor II Admiral Fund | E | Int./Div. | M | T | | | | | |
| 42. IRA #5 | | | | | | | | | |
| 43. -- Vanguard-WellingtonAdmiral Fund | D | Int./Div. | L | T | | | | | |
| 44. -- Vanugard - Windsor II Admiral Fund | E | Int./Div. | M | T | | | | | |
| 45. Athene -- Retirement Annuity | | None | K | T | | | | | |
| 46. JP Morgan Chase Bank - savings and checking accounts | F | Interest | M | T | | | | | |
| 47. Janus Fund - | | None | M | T | | | | | |
| 48. Vanguard - 500 Index Fund - CMC | | None | | | Closed | 03/16/16 | J | | |
| 49. Vanguard - 500 Index Fund - MJC | B | Int./Div. | K | T | | | | | |
| 50. Vanguard 529 Plan - AMC | | | | | | | | | |
| 51. -- Mid-Cap Index | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Collins, Daniel P. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Small-Cap Index | D | Int./Div. | K | T | | | | | |
| 53.  -- Total International Stock Index | A | Int./Div. | K | T | | | | | |
| 54.  -- Value Index | C | Int./Div. | K | T | | | | | |
| 55.  Vanguard 529 Plan - MJC | | | | | | | | | |
| 56.  -- Aggress Growth | D | Int./Div. | L | T | | | | | |
| 57.  -- Small-Cap Index | D | Int./Div. | L | T | | | | | |
| 58.  -- Total International Stock Index | B | Int./Div. | K | T | | | | | |
| 59.  American Funds | | | | | | | | | |
| 60.  -- Growth Fund of America 529C-KVC | C | Int./Div. | L | T | | | | | |
| 61.  --Growth Fund of America 529C - AMC | C | Int./Div. | L | T | | | | | |
| 62.  Merrill Lynch-MILM Equity Portfolio S Fund - MJC | C | Int./Div. | K | T | | | | | |
| 63.  Franklin Templeton-Aged Based Growth Asset Allocation 13-16 - MJC | C | Int./Div. | K | T | | | | | |
| 64.  Arizona Bank & Trust - checking acct | | None | | | Closed | 04/11/16 | M | | |
| 65.  Arizona Bank & Trust - savings acct | | None | | | Closed | 01/08/16 | K | | |
| 66.  May Potenza Baran & Gillespie, P.C. Health Savings Account | | None | | | Closed | 12/31/16 | J | | |
| 67.  Fidelity -- AZ Aggressive Growth - KVC | B | Int./Div. | K | T | | | | | |
| 68.  Fidelity -- AZ Aggressive Growth - AMC | B | Int./Div. | K | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard - 500 Index Fund - AMC | | None | | | Closed | 03/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4, Oppenheimer Funds - Value Fund: on 1/8/16, Value Fund sold a portion to Capital Income (line 11) and on 5/18/16, Value Fund sold the remainder balance to a new fund - Main Street Small Cap Fund (line 17).

Part VII, line 5, Oppenheimer Funds - Rising Dividends Fund: on 5/18/16, Rising Dividends sold a portion to a new fund - Main Street Fund (line 16).

Part VII, line 7, Oppenheimer Funds - Small and MidCap Value Fund: on 1/8/16, Small and MidCap Value Fund sold a portion to a new fund - Global Opportunities Fund (line 14).

Part VII, line 9, Oppenheimer Funds - Global Strategic Income Fund: on 1/8/16 Global Strategic Income Fund sold to a new fund - Global Opportunities Fund (line 14).

Part VII, line 12, Oppenheimer Funds - Equity Income Fund: on 1/8/16 Equity Income Fund sold to a new fund Discovery Mid Cap Growth Fund (line 15).

Part VII, line 14, Oppenheimer Funds - Global Opportunities Fund: funded on 1/8/16 by Small and MidCap Value Fund (line 7) and Global Strategic Income Fund (line 9).

Part VII, line 15, Oppenheimer Funds - Discovery Mid Cap Growth Fund: funded on 1/8/16 by Equity Income Fund (line 12).

Part VII, line 16, Oppenheimer Funds - Main Street Fund: funded on 5/18/16 by Rising Dividends Fund (line 5).

Part VII, line 17, Oppenheimer Funds - Main Street Small Cap Fund: funded on 5/18/16 by Value Fund (line 4).

Part VII, line 20, 401K #2 - Income and Growth ETF Fund 35: This fund was sold on 2/19/15 to fund Manning & Napier Pro-Blend Cnsrv Term 5 and Vanguard Total Bond Market Index Inv. The sale and purchase were previously report on the 10/13/16 amended 2015 report but not reflected in Part VII. See response to letter of inquiry at Doc No. 29, page 9.

Part VII, lines 36-38, IRA #3 (SEP IRA): The information for these funds was incorrectly reported on the 10/13/16 amended 2015 report (see response to letter of inquiry at Doc No. 29, page 5-6, lines 33-35). Frank Income Class C Fund and Jennison Natural Resources Fund were closed on 09/02/15.

Part VII, lines 59-61, American Funds were previously reported in the aggregate amount in the 10/13/16 amended 2015 report (see response to letter of inquiry at Doc No. 29, page 7, line 64). Lines 59-61 now represent the value of each individual fund within American Funds.

Part VII, lines 64-65, Arizona Bank & Trust were previously reported in the aggregate amount in the 10/13/16 amended 2015 report (see response to letter of inquiry at Doc No. 29, page 7, line 68). Lines 64-65 now represent the value of each individual account. These accounts were closed in 2016.

Part VII, lines 67-68, Fidelity - AZ Aggressive Growth funds were previously reported in the aggregate amount in the 10/13/16 amended 2015 report (see response to letter of inquiry at Doc No. 29, page 8, line 70). Lines 67-68 now represent the value of each individual fund within Fidelity.

Part VII, line 69, Vanugard - 500 Index Fund - AMC: This fund was inadvertently omitted from previous reports. The fund has been closed.

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/01/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel P. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544